IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN, | No. 2:11-CV-2375-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| R. LOPEZ, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgement was entered on September 28, 2012, and petitioner appealed. On November 17, 2012, the Ninth Circuit Court of Appeals denied petitioner's request for a certificate of appealability. Pending before the court is petitioner's motion for appointment of counsel (Doc. 34), filed after entry of final judgment. Because this case has been closed and petitioner has not been granted leave to pursue an appeal, the instant motion for appointment of counsel is denied. This action remains closed.

IT IS SO ORDERED.

DATED: January 16, 2013

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1