IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN, | No. 2:11-CV-2375-LKK-CMK-P |
|     Petitioner, | |
|   vs. | <u>ORDER</u> |
| R. LOPEZ, et al., | |
|     Respondents. | |
|                                / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Final judgment was entered on September 28, 2012, and petitioner appealed.  On November 17, 2012, the Ninth Circuit Court of Appeals denied petitioner's request for a certificate of appealability.  Pending before the court is petitioner's motion for appointment of counsel (Doc. 41), filed after entry of final judgment by this court and after denial of a certificate of appealability by the Ninth Circuit.  Because this case has been closed and petitioner has not been granted leave to pursue an appeal, the instant motion

/ / /

/ / /

/ / /

for appointment of counsel is denied.   This action remains closed.

         IT IS SO ORDERED.


 DATED:  March 26, 2014

                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE