1
2
3
4
5
6
7
8             **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   D. DUSTIN,                                    No.  2:11-CV-2375-TLN-CMK-P

12                    Petitioner,

13          v.                                      <u>ORDER</u>

14   R. LOPEZ, et al.,

15                    Respondents.

16

17          Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Final judgment was entered on September 28, 2012,

19   and the Ninth Circuit Court of Appeals denied a certificate of appealability on November 27,

20   2012.  Pending before the Court is Petitioner's motion for reconsideration pursuant to Federal

21   Rule of Civil Procedure 60(b), ECF No. 44, filed on April 14, 2014.  Petitioner's motion is

22   untimely.  <u>See</u> Fed. R. Civ. P. 60(c)(1).

23          Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for

24   reconsideration, ECF No. 44, is denied as untimely.

25   Dated:  November 18, 2014

26

27                                                  _____

28                                                  Troy L. Nunley
                                                    United States District Judge

                                          1